# Court of Appeals
# of the State of Georgia

ATLANTA,     March 10, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0257.  CATHY MICHONET v. IH2 PROPERTY GEORGIA, L.P.**

This is the third application for discretionary appeal filed by attorney Grady Roberts on behalf of Cathy Michonet in this dispossessory action.  In the first, Case No. A14D0408, Michonet appealed from a magistrate court order dismissing her appeal to superior court.  We transferred that case to Rockdale Superior Court on July 9, 2014.  On October 13, 2014, the court issued a writ of possession in favor of IH2 Property Georgia, L. P. and denied Michonet's plea in abatement.  Michonet filed an application to challenge that order, which we denied on October 29, 2014.  See Case No. A15D0097.  The trial court entered yet another writ of possession in favor of IH2 Property Georgia, L.P. on January 20, 2015.  Michonet filed this application on February 9, 2015.   We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (d). However, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter here is a dispossessory judgment. Pursuant to OCGA § 44-7-56, appeals from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Because Michonet filed her application for discretionary appeal 20 days after the superior court's order was entered, it is untimely.

Michonet filed a motion for an extension of time to file her application on February 19, 2015.  However, the motion was not filed on or before the application's

due date, as is required by Court of Appeals Rule 31 (g).  Accordingly, Michonet's motion for an extension of time is DENIED, and this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*___03/10/2015___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*